Judgment in a Civil Case

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARILYN A. SHELTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) CIVIL NO. 04-963-PMF |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision. The Court having rendered its decision affirming the Commissioner's final decision denying disability benefits, widow's insurance benefits, and supplemental security income,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of the defendant, Commissioner of Social Security, and against plaintiff, Marilyn A. Shelton.

**DATED: July 18, 2006.**

                                                                   **NORBERT G. JAWORSKI, CLERK**

                                              **By: *s/Karen M. Metheney***
                                                      **Deputy Clerk**

**APPROVED:**

*s/Philip M. Frazier*
**Hon. Philip M. Frazier**
**United States Magistrate Judge**